IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**FREDDIE LEE BELL,**  :
**AIS 134318,**
                            :
    **Petitioner,**
                            :
**vs.**                     CA 06-0459-KD-C
                            :
**WARDEN JERRY FERRELL,**
                            :
    **Respondent.**

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 7, 2006, is **ADOPTED** as the opinion of this Court.

    **DONE** this 27th day of December, 2006.

                                        s/ Kristi K. DuBose
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**